```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
3A COMPOSITES USA INC.,                  :    21cv6939 (DLC)
                                         :
                         Plaintiff,      :    ORDER OF
                                         :    DISCONTINUANCE
              -v-                        :
                                         :
LIVINGSTON INTERNATIONAL, INC.,          :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- :
                                         :
LIVINGSTON INTERNATIONAL, INC.,          :
                                         :
              Counterclaim Plaintiff,    :
                                         :
              -v-                        :
                                         :
3A COMPOSITES USA INC.,                  :
                                         :
              Counterclaim Defendant.    :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 17, 2023**. If no such application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          March 27, 2023

_____
DENISE COTE
United States District Judge